LAURENT E. MCDONALD *vs.* TOWN MANAGER OF SOUTHBRIDGE. November 18, 1996. *Municipal Corporations,* Regulations, Group insurance. *Fire Fighter,* Retirement.

We granted the defendant's application for further appellate review. See *McDonald* v. *Town Manager of Southbridge*, 39 Mass. App. Ct. 479 (1995). We agree with the conclusion stated by the Appeals Court. We add only that a municipality may adopt reasonable regulations, see G. L. c. 32B, § 14 (1994 ed.), as has been done under G. L. c. 32A, § 3 (1994 ed.), concerning participation in a municipality's program under G. L. c. 32B (1994 ed.) by a retiree who was not a participant in such a program at the time of retirement.

The judgment is reversed and the case is remanded to the Superior Court for further proceedings.

*So ordered.*

---

*Richard Eric Brody* (*Florence Chandler* with him) for the defendant.
*Michael Caplette* for the plaintiff.